IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ | ) | |
| | ) | |
| VS. | ) | C.A. NO. 2:20-cv-00134 |
| | ) | |
| PAWN TX, INC. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, NAVIDAD MARTINEZ Plaintiff and PAWN TX, INC., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   February 20, 2021          FOR NAVIDAD MARTINEZ, Plaintiff

                                                 BY:    */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(956) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:  February 20, 2021  PAWN TX, INC., Defendant

BY: __/s/  *Shelby Douglas*_____
Shelby Douglas
Attorney at Law
1600 West 7th Street
Ft. Worth, Texas 76102
(817) 335-1100