Case 2:20-cv-00134   Document 27   Filed on 02/22/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-00134 |
| | § | |
| PAWN TX, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the "Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)" (D.E. 26), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 22nd day of February, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE